IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

In re:

CAPITAL ONE 360 SAVINGS ACCOUNT
INTEREST RATE LITIGATION

MDL No. 1:24md3111 (DJN)

This document relates to
<u>ALL CASES</u>

## <u>ORDER</u>
**(Granting Leave to File Amicus Brief; Ordering Response)**

This matter comes before the Court on a motion for leave to file an amicus brief by the Attorney General of New York, on behalf of itself and the attorneys general of seventeen other states, in opposition to the proposed class action settlement in this matter. (ECF No. 206 ("Motion").) For good cause shown, and because the parties to the settlement do not object, the Court hereby GRANTS the Motion. (ECF No. 206.) The Court DIRECTS the Clerk to docket the proposed brief (ECF No. 206-3) as a separate entry on the docket.

The Court DIRECTS the New York Attorney General's Office to appear at the Final Approval Hearing on November 6, 2025, at 11:00 a.m., and to be prepared to argue its reasons for opposing the proposed class action settlement at that time.

The Court further ORDERS Plaintiffs and Defendants to each file a response to the various objections that have been filed with the Court concerning the proposed class action settlement no later than October 9, 2025. That response shall also address the objections in the state attorneys general's amicus brief. The New York Attorney General and any other objectors

may respond no later than October 15, 2025, if they so choose.

    Let the Clerk file a copy of this Order electronically and notify all counsel of record, as well as the Special Master.

    It is so ORDERED.

                                                        /s/
                                        David J. Novak
                                        United States District Judge

Richmond, Virginia
Dated: September 25, 2025